

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOKHOEUN LONG, ,<br><br>Defendant. | Case No. CR 15-154-JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On November 30, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Defendant was represented by Deputy Federal Public Defender ("DFPD") Kim Savo.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition, unknown community ties, and substance abuse

    ☒ lack of available viable surety

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the violation petition include failing to report and using methamphetamine.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 1, 2017

                              /s/
                        ALKA SAGAR
                UNITED STATES MAGISTRATE JUDGE